# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Sandra Hernandez,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No.:1:23-cv-126-JRS-MG |
| **Finance System of Richmond, Inc.,** | ) ) ) |
| **Defendant.** | ) ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 24, 2023 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Chris Coleman
Finance System of Richmond, Inc.
President for Defendant
chris@financesysteminc.com

                Respectfully Submitted,

                /s/John T. Steinkamp
                John T. Steinkamp
                John Steinkamp & Associates
                5214 S. East Street, Suite D1
                Indianapolis, IN46227
                (317) 780-8300
                (317) 217-1320 fax
                john@johnsteinkampandassociates.com